# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SUNDAY SUNNY BOYEJO, | : | |
| Inmate No. 000865094, | : | |
| Plaintiff, | : | PRISONER CIVIL RIGHTS |
| | : | 42 U.S.C. § 1983 |
| v. | : | |
| | : | |
| CHINELO BOYEJO; et al., | : | CIVIL ACTION NO. |
| Defendants. | : | 1:17-CV-2057-ODE-JSA |

## MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION

Plaintiff Sunday Sunny Boyejo filed a *pro se* civil rights action in this Court, which he wrote on state court civil case forms. (Doc. 1). Plaintiff also had not paid the not paid the $350.00 filing and $50.00 administrative fees that are required for civil actions, and his request to proceed *in forma pauperis* [Doc. 2] also was written on state court civil forms.

On June 27, 2017, this Court entered an Order instructing Plaintiff to pay the full $400.00 filing fee or complete a properly executed *in forma pauperis* request on the proper federal forms. (Doc. 3). In that same Order, the Court instructed Plaintiff to amend his complaint on the proper forms within thirty (30) days by: drafting the amendment on the proper form; clearly captioning any amended filing as an amendment to Civil Action No. 1:17-cv-2057-ODE-JSA; adding no more

than ten pages to the form; writing on only one side of each page and double spaced; providing the name of each intended defendant; providing *only* factual allegations concerning events in which Plaintiff suffered some injury; clearly identifying each defendant responsible for that injury; *omitting all legal arguments and conclusions*; providing information on the administrative relief he has pursued, including any grievances filed; and specifying the relief he seeks. *Id.*

Since the date of that Order, Plaintiff filed what he styled as a "Motion of Prevention Her Killing My Children Is Better Than Cure Her With Mental Health Issues, Postpartum Depression, And They Can Be Death-Seeking And Even Suicidal Of Loved One" [Doc. 4]; however, Plaintiff has not attempted to provide an amended complaint and/or pay the $400.00 filing and administration fees or file a request to proceed *in forma pauperis* on the proper forms in compliance with this Court's instructions.

**IT IS THEREFORE RECOMMENDED** that the instant action be **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to obey a lawful Order of the Court. *See* L.R. 41.3A, N.D. Ga.

2

The Clerk is **DIRECTED** to terminate the referral to the undersigned Magistrate Judge.

**IT IS SO RECOMMENDED** this 15th day of August, 2017.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE

3