FILED IN CHAMBERS
U.S.D.C. - Atlanta
SEP 21 2017
James N. Hatten, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SUNDAY SUNNY BOYEJO, :
　　　　　　　　　　　　　　　　:
　　　Plaintiff　　　　　　　　:
　　　　　　　　　　　　　　　　: CIVIL ACTION FILE NO.
v.　　　　　　　　　　　　　　　: 1:17-CV-2057-ODE-JSA
　　　　　　　　　　　　　　　　:
CHINELO BOYEJO, et al., 　　　:
　　　　　　　　　　　　　　　　:
　　　Defendants　　　　　　　　:

ORDER

This pro se civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Justin S. Anand filed August 15, 2017 ("R&R") [Doc. 5]. No objections have been filed.

In the R&R, Judge Anand recommends that this case be dismissed without prejudice for Plaintiff's failure to obey a lawful order of the Court. Specifically, Judge Anand issued an Order on June 27, 2017 directing Plaintiff to pay the full $400.00 filing fee or complete an IFP request on the proper forms provided to him by the Clerk and instructing Plaintiff to amend his complaint; however, Plaintiff did not comply.[1]

The Court having read and considered the R&R and noting the absence of any objections thereto, it is ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, this case is DISMISSED WITHOUT PREJUDICE.

---

[1] Since the June 27 Order, Plaintiff filed what he styled as a "Motion of Prevention Her Killing My Children Is Better Than Cure Her With Mental Health Issues, Postpartum Depression, And They Can Be Death-Seeking And Even Suicidal of Love One" [Doc. 4]; however, Plaintiff has not attempted to comply with this Court's instructions.

SO ORDERED, this 21 day of September, 2017.

                                              ORINDA D. EVANS
                                              UNITED STATES DISTRICT JUDGE